USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/05

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKELIN KRIKORIAN, IND. & D/B/A JACKIE'S WORLD WIDE EXPRESS<br><br>Plaintiffs,<br><br>v.<br><br>AIB, INC., AIB EXPRESS, ELAN MANHAM, ROBERT DAVID, PMA CAPITOL CORPORATION & INS. HOLDING CORP., MAXUM HOLDING CO., CALIBER ONE INDEMNITY CO., JEWELERS SPECIALTY INSURANCE SERVICES, SOLOMON MESKIN, ASSOCIATED INTERNATIONAL BROKERS, INC., GIL BECKENSTEIN, PETER EYL, PELMEN INTERNATIONAL, INC.<br><br>Defendants. | Case No.: 04 CV 8560 (DLC)<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiff, Jackelin Krikorian, Ind. & d/b/a Jackie's World Wide Express, and all defendants who have appeared in this action, as follows:

1. This action was commenced, in the United States District Court for the District of New Jersey under case number CV-912-04 (KSH) and subsequently transferred to the United States District Court for the Southern District of New York.

1

2. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

September 1, 2005

By: _____
Jerry S. Goldman, Esquire (JG8445)
Law Offices of Jerry S. Goldman
& Associates, P.C.
Attorney for Defendants, A.I.B.
EXPRESS, INC., ELAN MANHAM,
PENEM INTERNATIONAL, INC.,
GIL BECKENSTEIN, and
ASSOCIATED INTERNATIONAL
BROKERS, INC.
111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665

Attorney for Defendants

By: _____
Joseph B. Collini, Esquire (JBC 9736)
Attorney for Plaintiff, JACKELIN
KRIKORIAN, IND. & D/B/A
JACKIE'S WORLD WIDE EXPRESS
Bitalo & Collini, Esquires
275 Broadway
Paterson, NJ 07501
Telephone: 973.742.6463
Facsimile: 973.742.0386

*Attorney for Plaintiffs*

So ordered.
/s/ Denise Cote
September 28, 2005

2